UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN TAYLOR,

        Plaintiff,

v.

        File No. 1:03-CV-225

        HON. ROBERT HOLMES BELL

K.L. COOL, Director of the Department
of Natural Resources, in his official capacity,
and PAUL ROSE, Conservation Officer, in both
his official capacity and individual capacity,

        Defendants.
        _____/

## **O R D E R**

It has come to the Court's attention that Defendant K.L. Cool is no longer Director of the Department of Natural Resources. Rebecca A. Humphries replaced Mr. Cool as Director on June 1, 2004. FED. R. CIV. P. 25(d)(1) provides:

> When a public officer is a party to an action in his official capacity and during its pendency dies, resigns, or otherwise ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party. Proceedings following the substitution shall be in the name of the substituted party, but any misnomer not affecting the substantial rights of the parties shall be disregarded. An order of substitution may be entered at any time, but the omission to enter such an order shall not affect the substitution.

Accordingly, pursuant to FED. R. CIV. P. 25(d)(1),

**IT IS HEREBY ORDERED** that Rebecca A. Humphries is **SUBSTITUTED** as a Defendant in this case for K.L. Cool. Proceedings following this order will be in the name of Rebecca A. Humphries.

Date:   August 19, 2005            /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE